**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7258**

———————————

UNITED STATES OF AMERICA,

                                 Plaintiff - Appellee,

       versus

LAWRENCE E. MURCHINSON,

                                 Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-97-313, CA-01-523-1)

———————————

Submitted:  October 10, 2002      Decided:  October 21, 2002

———————————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Lawrence E. Murchinson, Appellant Pro Se. S. David Schiller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence E. Murchinson seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Murchinson has not made a substantial showing of the denial of a constitutional right. See United States v. Murchinson, Nos. CR-97-313; CA-01-523-1 (E.D. Va. Aug. 6, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2